# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## Eastern DIVISION

Martino O'Bryant )
)
_____)
)
_____)
(Enter above the full name of the Plaintiff[s] )
in this action.) )
)
)
)
- vs - )
) Case No. _____
Jan King ) (To be assigned by Clerk
Quinn Grimes ) of District Court)
)
_____)
)
_____)
)
_____)
(Enter above the full name of **ALL** Defend- )
ant[s] in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of **all** the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

## COMPLAINT

I. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Citizenship Diversification

II. Plaintiff, **Martino O'Bryant** resides at **3925 St. Louis Avenue**, **St. Louis**, **St. Louis**,
street address / city / county
**Missouri**, **63107**, **314-652-6649**.
state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, **Jan King** lives at, or its business is located at
**210 Adams Street**, **Jefferson**, **Cole**,
street address / city / county
**Missouri**, **65101**.
state / zip code

(if more than one defendant, provide the same information for each defendant below)

Missouri State Public Defender
Quinn Grimes
100 S. Central
St. Louis, MO 63105

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Legal Malpractice Claim:
- breach of duty        - failed to advise
- causation             - fail to litigate
\* damages              (abandoned litigation
- breach of fiduciary    causing excess harm)
  duty                  \* false imprisonment
- took advantage of my  - failed to provide a
  not having Legal capacity   zealous defense

\* liquidation of lifes equity
\* athlete
  liquidated future revenue

3

V.  Relief: State briefly and exactly what you want the Court to do for you.

Award a collectible judgement

VI. **MONEY DAMAGES:**

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [X]   NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

false Imprisonment, Liquidation of life's equity, Professional Revenue, Professional Performance athletes pay

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [X]   NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15 day of 02, 20 09

Martino O'Bryant

Signature of Plaintiff(s)